UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **KIRK WAYNE MCBRIDE, SR.,** <br> **TDCJ No. 00733097,** <br><br> Petitioner, <br><br> VS. <br><br> **BOBBY LUMPKIN, Director,** <br> **Texas Department of Criminal Justice,** <br> **Correctional Institutions Division,** <br><br> Respondent. | § § § § § § § § § § § § § <br><br> CIVIL NO.  SA-23-CV-0795-FB |

**J U D G M E N T**

The Court has considered the Judgment to be entered in the above-styled and numbered cause.

Pursuant to this Court's Dismissal Order of even date herewith, **IT IS HEREBY ORDERED, ADJUDGED** and **DECREED** that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1) filed by petitioner Kirk Wayne McBride, Sr. is **DISMISSED WITHOUT PREJUDICE**.  No Certificate of Appealability shall issue in this case.  This case is now **CLOSED**.

It is so ORDERED.

SIGNED this 28th day of June, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE